UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALPHONSE J. BAZILE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 14-cv-05465 RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court, on the Report and Recommendation of United States Magistrate Judge J. Richard Creatura. Dkt. 16. The Court has reviewed the Report and Recommendation, objections, if any, and the relevant record.

The Court does hereby find and **ORDER**:

(1)     The Court **ADOPTS** the Report and Recommendation (Dkt. 16);

(2)     The matter is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings; and

(3)     The Clerk is directed to send uncertified copies of this Order to United States Magistrate Judge J. Richard Creatura, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 22nd day of December, 2014.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge